UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE ESTATE OF GLEN LEWIS,<br><br>Plaintiff,<br><br>v.<br><br>COMPASS GROUP USA, INC.<br><br>Defendant. | Civil Action No.: _____ |

## DEFENDANT COMPASS GROUP USA, INC.'S
## CORPORATE DISCLOSURE CERTIFICATE

Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned counsel of record for Compass Group, USA, Inc., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries and affiliates of Compass Group USA, Inc. which have any outstanding securities in the hands of the public:

Defendant Compass Group USA, Inc. is a wholly owned subsidiary of Compass Group PLC, which is publicly traded on the London Stock Exchange.

These representations are made in order that judges of this court may determine the need for recusal.

Dated: July 8, 2008                    Respectfully submitted,

                                           LITTLER MENDELSON, P.C.

/s/ [signature]
Michelle I. Pretlow (Fed. Bar No. 482869)
Katherine E. Bierma Pregel (Fed. Bar No.486615)
1150 17th Street, N.W.
Suite 900
Washington, DC  20036
(202) 842-3400  Telephone
(202) 842-0011  Facsimile

Andrew P. Marks (*pro hac vice* to be filed)
885 Third Avenue
16th Floor
New York, NY 10022-4834
(212) 583-9600  Telephone
(212) 832-2719  Facsimile


Attorneys for Defendant Compass Group USA, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of July, 2008, I caused a true and correct copy of the foregoing **Corporate Disclosure Certificate** to be served via first-class mail upon the following counsel of record:

>Mickey Bailey
>1725 I Street, NW
>Suite 300
>Washington, DC 20006
>
>Counsel for Plaintiff

_____
Katherine E. Bierma Pregel