United States District Court
For the District of Columbia


| | | |
|---|---|---|
| **IN RE ESTATE OF GLEN LEWIS**, | ) | |
| | ) | |
| Plaintiff | ) | **APPEARANCE** |
| | ) | |
| vs. | ) | CASE NUMBER: <u>08-1184 (RMC)</u> |
| | ) | |
| **COMPASS GROUP USA** | ) | |
| Defendant | ) | |


To the Clerk of this court and all parties of record:

Please enter the appearance of <u>Daneen Banks</u> as counsel in this case for the <u>plaintiff, In Re Estate of Glen Lewis</u>.


Date: August 3, 2003                             <u>/s/ Daneen Banks</u>
                                                 Daneen Banks
                                                 Bar Identification: MD14486
                                                 Banks Bailey & Lewis
                                                 1725 "I" Street, NW #300
                                                 Washington, DC 20006
                                                 (202)349-1129

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of August 2008, I caused a true and correct copy of the foregoing Entry of Appearance to be served vial first class mail upon the following counsel of record for the Defendant:

>Katherine E. Bierma Pregel
>1150 17th Street, NW Suite 900
>Washington, DC 20036
>
>Michelle Pretlow
>1150 17th Street, NW Suite 900
>Washington, DC 20036

>/s/Daneen Banks
>Daneen Banks