## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In Re Estate of Glen Lewis,

       Plaintiff,

       v.

Compass Group USA, Inc.,

       Defendant.

Case No. 08-1184

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Michelle I. Pretlow, an attorney with Littler Mendelson, P.C., hereby notices her appearance as counsel for Defendant Compass Group USA, Inc. in the above-captioned matter. Ms. Pretlow is a member of the Bar of the District of Columbia, and has been admitted to practice before the United States District Court for the District of Columbia.

Dated: August 4, 2008

Michelle I. Pretlow (482869)
LITTLER MENDELSON, P.C.
1150 17th Street N.W.
Suite 900
Washington, DC 20036
202.842.3400

Counsel for Defendant Compass Group USA, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of August, 2008, a copy of the foregoing Notice of

Appearance was served by first-class mail, postage prepaid, upon the following:

Daneen Banks                          Mickie Bayley
Banks, Bailey & Lewis                 Banks, Bailey & Lewis
1725 I Street, NW  #300               1725 I Street, NW  #300
Washington, D.C.  20006               Washington, D.C.  20006

Michelle I. Pretlow

86099221.1