United States District Court
For the District of Columbia

| | |
|---|---|
| **IN RE ESTATE OF GLEN LEWIS,** ) | |
| Plaintiff ) | |
| ) | **VOLUNTARY MOTION TO DISMISS** |
| vs ) | |
| ) | **CASE NUMBER: 08-1184(RMC)** |
| **COMPASS GROUP USA,** ) | |
| Defendant ) | |

Comes now the Plaintiff, through and by attorney, Daneen Banks and the Law Office of Banks Bailey & Lewis to respectfully move to voluntarily dismiss the above captioned case without prejudice in accordance with Rule 41(A) of the Federal Rules of Civil Procedure.

/s/ Daneen Banks
Daneen Banks
Bar Identification: MD14486
Banks Bailey & Lewis
1725 "I" Street, NW #300
Washington, DC 20006
(202)349-1129