United States District Court
For the District of Columbia

| | | |
|---|---|---|
| **IN RE ESTATE OF GLEN LEWIS,** | ) | |
| Plaintiff | ) | **AMENDED** |
| | ) | **VOLUNTARY MOTION TO DISMISS** |
| vs | ) | |
| | ) | **CASE NUMBER: 08-1184(RMC)** |
| **COMPASS GROUP USA,** | ) | |
| Defendant | ) | |

Comes now the Plaintiff, through and by attorney, Daneen Banks and the Law Office of Banks Bailey & Lewis to respectfully move to voluntarily dismiss the above captioned case without prejudice in accordance with Rule 41(A) of the Federal Rules of Civil Procedure.

Counsel for Defendant, Compass Group USA hereby consents to the voluntary dismissal of the above captioned case.

/s/ Daneen Banks
Daneen Banks
Bar Identification: MD14486
Banks Bailey & Lewis
1725 "I" Street, NW #300
Washington, DC 20006
(202)349-1129